IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER JONES,

        Plaintiff,

   v.

                             CIVIL ACTION
                             NO. 18-2236

SERVICE ELECTRIC CABLE TV, INC.,

        Defendant.

## **ORDER**

AND NOW, this 4th day of June, 2019, upon review of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and Defendant's reply, as well as the parties' joint statement of undisputed facts, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**; and

2. Judgment is entered in favor of Defendant and against Plaintiff on all counts of the Complaint.

                           **BY THE COURT:**


                           */s/ JeffreyL.Schmehl_____*
                           Jeffrey L. Schmehl, J.